UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPHINA GONZALEZ,

    Plaintiff,

    v.

TRANSWORLD SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 10-4584 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **January 20, 2011 at, 2:00 p.m**.  The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar.  The conference will occur on **January 20, 2011 at 1:30 p.m.**  The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: January 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge