UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josephina Gonzalez, ) | Case No.  CV-10-4584-PJH |
| ) | |
| Plaintiff, ) | [P~~ROPOSED~~] ORDER GRANTING |
| ) | JOINT STIPULATION AND MOTION |
| vs. ) | TO DISMISS ENTIRE ACTION WITH |
| ) | PREJUDICE |
| Transworld Systems Inc.; and DOES 1-10,) | |
| inclusive, ) | |
| Defendants. ) | |
| ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  1/28/11

_____
HON.
UNITED

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*